

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2018

No. 04-18-00249-CV

**IN THE INTEREST OF C.W., ET AL CHILDREN**,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02259
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal from a judgment terminating parental rights. Appellant's brief, due June 14, 2018, has not been filed. On June 20, 2018, we notified appellant's counsel of the deficiency. Appellant's counsel has not filed a motion for extension of time to file appellant's brief or other appropriate response. Therefore, we abate this case to the trial court and ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute her appeal?

(2) Has appointed counsel abandoned the appeal?

(3) Is it necessary to appoint new counsel to represent appellant in this appeal?

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

We ORDER the trial court to file its written findings of fact and conclusions of law with the trial court clerk **no later than ten (10) days** from the date of this order. We ORDER the trial court clerk to file a supplemental clerk's record in this court **no later than four (4) days** after the trial court files its findings of facts and conclusions of law. We further ORDER the court reporter to file in this court a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, **no later than four (4) days** after the date of the hearing.

All appellate deadlines are ABATED pending further orders from this court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court